

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT ALAN BRACE, <br>     Petitioner, <br>     v. <br> RANDY GROUNDS, WARDEN, <br>     Respondent. | Case No. CV 10-8051-GW (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: May 11, 2011

*George H. Wu*
George H. Wu
United States District Judge

